

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00763-CV

**COASTAL RESOURCES, LTD.**,
Appellant

v.

**LOS LAZOS CONSTRUCTION AND LEASE SERVICE, LLC**
and Coyote Paving & Construction, Inc.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,864
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinions of April 24, 2013 and of this date, the trial court's judgment is MODIFIED to reflect that appellee Los Lazos Construction and Lease Service, LLC recover judgment against appellant for damages in the amount of $156,564.99. The trial court's judgment with regard to the damages and attorney's fees awarded to Los Lazos Construction and Lease Service, LLC is AFFIRMED AS MODIFIED. It is ORDERED that Los Lazos Construction and Lease Service, LLC recover its costs of this appeal from Coastal Resources, Ltd. All other costs of this appeal are taxed against the parties who incurred them.

SIGNED May 29, 2013.

Luz Elena D. Chapa, Justice